AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 06, 2024**

SEAN F. McAVOY, CLERK

ZACHARY LEE BARRETT,

*Plaintiff*

v.

SHERRY JOHNSON, ARNP; and LISA RAPP, ARNP,

*Defendant*

Civil Action No. 1:23-CV-3028-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 23, is GRANTED.
Plaintiff's Cross-Motion for Summary Judgment, ECF No. 29, is DENIED.
The Amended Complaint, ECF No. 9, is hereby DISMISSED WITH PREJUDICE.
Judgment enter in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on cross-motions for Summary Judgment.

Date: 5/6/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz